**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

WILLYSTINE THOMAS CREGGETT
ADC #703197                                                                                           PLAINTIFF

V.                                      1:06CV00013 JTR

TOM BRADSHAW,
CMS Medical Administrator, et al.                                                            DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case, in its entirety, is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's June 30, 2006 and July 18, 2006 Orders.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this 9th day of August, 2006.

_____
UNITED STATES MAGISTRATE JUDGE